UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:25-mc-00096 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On March 11, 2025, Applicant Adriana Embiricos Coumoundouros ("Petitioner") filed an application pursuant to 28 U.S.C. § 1782 for an order compelling discovery for use in a foreign proceeding (the "Application"). Dkt. 1. On March 12, 2025, Nitzia Logothetis appeared in this action as an interested party. In a letter filed the same day, Mrs. Logothetis asked the Court to set a briefing schedule to allow her to respond to the Application.

Ms. Logothetis shall file any opposition to this Application no later than **April 10, 2025**. Petitioner's reply, if any, shall be due **April 17, 2025**.

Dated: March 13, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1